1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

DARREL WAYNE VANDERGRIFF,

8

Plaintiff,

9

v.

10

LYNNE DELANO, *et al.*,

11

Defendants.

Case No. C06-5062 RBL/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

12

13

14

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

hereby find and ORDER:

15

16

(1)     The Court adopts the Report and Recommendation in part;

17

18

19

(2)     Defendant's Motion for Summary Judgment [Dkt. #99] is **GRANTED IN PART
AND DENIED IN PART**. Plaintiff's claims are dismissed with prejudice except as
to plaintiff's claim of excessive use of force against Defendants Barnes, Bernard and
Faulks. The excessive force claim as to Defendants Barnes and Bernard is dismissed
without prejudice for failure to effect service. Defendant's Motion for Summary
Judgment as to plaintiff's excessive force claim against Defendant Faulks is **DENIED**.

20

21

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
and to the Hon. Karen L. Strombom.

22

23

DATED this 27th day of June, 2007.

24

25

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

26

ORDER - 1