1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
8                              AT TACOMA

9    DARREL W. VANDERGRIFF,

10                    Plaintiff,              CASE NO. C06-5062BHS

11        v.                                  ORDER GRANTING
                                              DEFENDANT BARNES'S
12   LYNNE DELANO, et al.,                    MOTION FOR SUMMARY
                                              JUDGMENT AND
13                    Defendants.             DEFENDANT FOULKES'S
                                              MOTION TO DISMISS
14

15        This matter comes before the Court on Defendant Barnes's Motion for Summary

16   Judgment and Defendant Foulkes's Motion to Dismiss (Dkt. 136). The Court has

17   considered the pleadings filed in support of the motion, Plaintiff's failure to respond, and

18   the remainder of the file and hereby grants the motion for the reasons stated herein.

19                      **I. BACKGROUND AND DISCUSSION**

20        On July 1, 2008, Jennifer Barnes and John Doe Foulkes[1] filed a joint motion

21   seeking summary judgment and dismissal, respectively. Dkt. 136. On the same day,

22   Plaintiff notified the Court of his change of address. Dkt. 137. The joint motion was

23   served on Plaintiff at his most recent address. Dkt. 136 at 11. Nevertheless, Plaintiff has

24   failed to respond to the motion, and the Court deems such failure an admission that the

25   motion has merit. *See* Local Rule CR 7(b)(2).

26   _____

27        [1] There is a discrepancy as to the spelling of this Defendant's name. The Court employs
     the spelling of Defendant Foulkes's counsel.
28

ORDER - 1

## II. ORDER

Therefore, it is hereby

**ORDERED** that Defendant Barnes's Motion for Summary Judgment and Defendant Foulkes's Motion to Dismiss (Dkt. 136) is **GRANTED**.

DATED this 29th day of July, 2008.

BENJAMIN H. SETTLE
United States District Judge